1   DUANE ARTHUR WOODMAN

2   1196  6th  Street

3   Los Osos, CA 93402

ENTERED
OCT 27 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY_____ Deputy Clerk

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
NORTHERN DIVISION

OCT 27

In re                              )    Case No. **9:10-bk-12374-RR**
DUANE ARTHUR WOODMAN,              )
            Debtor                 )
_____)

**ORDER Granting Further Time To File Chapter 13 Plan,
Schedules, Statement of Financial Affairs, and other Documents**

Upon the motion of DUANE ARTHUR WOODMAN, the above named debtor, praying for an extension of time under Bankruptcy Rule 1007(a)(5) and 1007(c) and for other relief, it is,

**ORDERED** that the time of said debtor to file Chapter 13 Plan, schedules and statement of affairs and other Documents be, and hereby is, extended ~~for fifteen days from the date of this order~~ *until November 9, 2010*.

Dated: *Oct 27, 2010*                Respectfully,

                                     *Robin Riblet*
                                     _____
                                     Bankruptcy Court Judge

**NOTE TO USERS OF THIS FORM:**
1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (specify) _MOTION FOR FURTHER TIME_ was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of _____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

_DUANE WOODMAN_
_1196 6th ST_
_LOS OSOS, CA 93402_

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010    **F 9021-1.1.NOTICE.ENTERED.ORDER**