FILED & ENTERED

NOV 12 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY william    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# NORTHERN DIVISION

| | |
|---|---|
| In re: | Case No.: 9:10-12374 |
| Duane Arthur Woodman, | Chapter 13 |
| Debtor. | ORDER DENYING MOTION TO IMPOSE OR CONTINUE STAY |
| | Date:  November 10, 2010 |
| | Time:  9:00 a.m. |
| | Place: 1415 State Street |
| | Courtroom 201 |
| | Santa Barbara, CA 93101 |

    Debtor's motion to impose or continue stay with regard to two creditors, Bank of the West and JP Morgan Chase, came on for hearing on November 10, 2010, at 10:00 a.m. On October 19, 2010, this Court granted Bank of the West's unopposed motion for order confirming that no stay was in effect in this case regarding a 2007 Fleetwood Motor Home. This is Debtor's third bankruptcy case filed within a year, and his two prior bankruptcy cases were dismissed for reasons other than under § 707(b). Accordingly, when JP Morgan Chase foreclosed upon the property located at 1196 6th Street, Los Osos, CA, there was no stay in effect. 11 U.S.C. § 362(c)(4)(A)(i). See In re Nelson, 391 B.R. 437, 453 (9th Cir. BAP 2008) (concluding that "[s]ection 362(c)(4)(A)(i) unambiguously specifies that 'the stay . . . shall not go into effect upon the filing of the [third] case.")

1 **ACCORDINGLY, IT IS ORDERED** that Debtor's motion to impose or continue
2 the say is **DENIED.**
3 ###
4 ###
5 ###
6 ###
7 ###
8 ###
9 ###
10 ###
11 ###
12 ###
13 ###
14 ###
15 ###
16 ###
17 ###
18 ###
19 ###

DATED: November 12, 2010

*Robin Riblet*
United States Bankruptcy Judge

## SERVICE LIST FOR ENTERED ORDER

Duane Arthur Woodman
1196 6th Street
Los Osos, CA 93402

Paul F Ready
Farmer & Ready
1254 Marsh Street
P.O. Box 1443
San Luis Obispo, CA 93406

JP Morgan Chase Bank
PO Box 100578
Florence, SC 29505

Elizabeth F. Rojas
Nobles Professional Center
15060 Ventura Blvd., Ste. 240
Sherman Oaks, CA 91403

U.S. Trustee
21051 Warner Center Lane, Suite 115
Woodland Hills, CA 91367