# United States Bankruptcy Court
# Central District Of California

**1415 State Street, Santa Barbara, CA 93101–2511**

# ORDER AND NOTICE OF DISMISSAL FOR FAILURE TO APPEAR
# AT 341(a) MEETING OF CREDITORS

**DEBTOR INFORMATION:**  
Duane Arthur Woodman

**BANKRUPTCY NO.** 9:10–bk–12374–RR

**CHAPTER** 7

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):** xxx–xx–1891  
**Employer Tax–Identification (EIN) No(s).(if any):** N/A  
**Debtor Dismissal Date:** 3/8/11

**Address:**  
1196 6th St  
Los Osos, CA 93402

The above debtor(s) has **FAILED TO APPEAR** for examination at the initial Section 341(a) meeting of creditors and any continuance thereof:

It is ordered:

1) The case is dismissed, the automatic stay is vacated, and all pending motions and adversary proceedings are moot and dismissed.

2) Any discharge entered in this case is hereby vacated in its entirety.

3) The Court retains jurisdiction on all issues arising under Bankrupcty Code § 110, 329 and 362.

Dated: March 8, 2011

For The Court,  
**Kathleen J. Campbell**  
Clerk of Court

(Form van23a–odmwab VAN–23) Rev. 11/09

**70 / RZG**