## United States Bankruptcy Court
## Central District Of California

**1415 State Street, Santa Barbara, CA 93101–2511**

# ORDER AND NOTICE OF DISMISSAL FOR FAILURE TO APPEAR AT 341(a) MEETING OF CREDITORS

**DEBTOR INFORMATION:**
Duane Arthur Woodman

**BANKRUPTCY NO.** 9:10–bk–12374–RR

**CHAPTER** 7

Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):   xxx–xx–1891
Employer Tax–Identification (EIN) No(s).(if any):   N/A
**Debtor Dismissal Date:** 3/8/11

**Address:**
1196 6th St
Los Osos, CA 93402

The above debtor(s) has **FAILED TO APPEAR** for examination at the initial Section 341(a) meeting of creditors and any continuance thereof:

It is ordered:

1)   The case is dismissed, the automatic stay is vacated, and all pending motions and adversary proceedings are moot and dismissed.

2)   Any discharge entered in this case is hereby vacated in its entirety.

3)   The Court retains jurisdiction on all issues arising under Bankrupcty Code § 110, 329 and 362.

Dated: March 8, 2011

For The Court,
**Kathleen J. Campbell**
Clerk of Court

(Form van23a–odmwab VAN–23) Rev. 11/09                                                                                                                                **70 / RZG**

```
                                 United States Bankruptcy Court
                                  Central District of California
In re:                                                                          Case No. 10-12374-RR
Duane Arthur Woodman                                                            Chapter 7
         Debtor
                                       CERTIFICATE OF NOTICE
District/off: 0973-9           User: rzickC                 Page 1 of 2                    Date Rcvd: Mar 08, 2011
                               Form ID: van23a              Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 10, 2011.
db            +Duane Arthur Woodman,    1196 6th St,    Los Osos, CA 93402-1213
smg           +County Assessor,   County Government Center, Room 100,    San Luis Obispo, CA 93408-0001
smg          ++EMPLOYMENT DEVELOPMENT DEPARTMENT,    STATE OF CALIFORNIA,
                BENEFIT OVERPAYMENT COLLECTION SECTION,   MIC 91,   PO BOX 826218,    SACRAMENTO CA 94230-6218
               (address filed with court: Employment Development Dept.,    Bankruptcy Group MIC 92E,
                P.O. Box 826880,    Sacramento, CA   94280-0001)
cr            +Bank of the West, N.A.,    c/o Paul F. Ready,   Farmer & Ready,    1254 Marsh Street,   PO Box 1443,
                San Luis Obispo, CA 93406-1443
27885991      +BANK OF THE WEST,    PO BOX 1443,    SAN LUIS OBISPO CA 93406-1443
27778810      +Bank of the West NA,    c/o Paul F Ready,   Farmer & Ready,    1254 Marsh St, PO Box 1443,
                San Luis Obispo, CA 93406-1443
27676968      +CANDICA L.L.C.,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                SEATTLE, WA 98121-3132
26409977      +CHASE BANK,    PO BOX 100511,   FLORENCE SC 29502-0511
26409983      +FIRST EQUITY CARD CORP,    PO BOX 23029,   COLUMBUS GA 31902-3029
26409979      +GOOD SAM CLUB,    PO BOX 13337,   PHILADELPHIA PA 19101-3337
27885990       JP MORGAN CHASE BANK,    PO BOX 100578,   FLORENCE SC 295052
27008733      +KSBY/NSBY Television,    c/o Szabo Associates Inc,    3355 Lenox Road NE 9th Floor,
                Atlanta GA 30326-1394
28400209      +PRA Receivables Management LLC,    As Agent Of Portfolio Recovery Assocs,    c/o Thd,   POB 41067,
                Norfolk VA 23541-1067
27008735      +PRA Receivables Management LLC,    c/o Sears Charge Plus,   POB 41067,    Norfolk VA 23541-1067
27201005      +Sears Charge Plus,    POB 41067,   Norfolk VA 23541-1067
26409982     ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: US BANK,    PO BOX 790408,   ST LOUIS MO   63171)
27828426     ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: US Bank N.A.,    Bankruptcy Department,    P.O. Box 5229,
                Cincinnati, OH 45201-5229)
27008734      +Wells Fargo Bank NA,    BDD Bankruptcy Dept MAC S4101-08C,    100 W Washington St,
                Phoenix AZ 85003-1805

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr            +EDI: BSMCBETH.COM Mar 09 2011 02:48:00     Sandra McBeth (TR),    2236 S. Broadway, Suite J,
                Santa Maria, CA 93454-7800
smg           +E-mail/Text: SBCBankruptcy@co.santa-barbara.ca.us Mar 09 2011 02:38:09    County Tax Collector,
                P.O. Box 357,   Santa Barbara, CA 93102-0357
smg            EDI: EDD.COM Mar 09 2011 02:48:00     Employment Development Dept.,    Bankruptcy Group MIC 92E,
                P.O. Box 826880,   Sacramento, CA 94280-0001
smg            EDI: CALTAX.COM Mar 09 2011 02:48:00     Franchise Tax Board,    ATTN: Bankruptcy,   P.O. Box 2952,
                Sacramento, CA 95812-2952
28322873       EDI: AIS.COM Mar 09 2011 02:48:00     American Infosource Lp As Agent for,    Target,
                PO Box 248866,   Oklahoma City, OK   73124-8866
26409981      +EDI: BANKAMER.COM Mar 09 2011 02:48:00     BANK OF AMERICA,    PO BOX 851001,
                DALLAS TX 75285-1001
27886039      +EDI: CAPITALONE.COM Mar 09 2011 02:48:00     CAPITAL ONE,    PO BOX 30285,
                SALT LAKE CITY UT 84130-0285
26409978      +EDI: CHASE.COM Mar 09 2011 02:48:00     CHASE BANK,    PO BOX 94014,   PALATINE IL 60094-4014
27885992       EDI: CHRYSLER.COM Mar 09 2011 02:48:00     CHRYSLER,    PO BOX 9001921,   LOUISVILLE KY 40290
28222027       EDI: BLINE.COM Mar 09 2011 02:48:00     CR Evergreen, LLC,    MS 550,   PO Box 91121,
                Seattle, WA 98111-9221
27946906       EDI: CHASE.COM Mar 09 2011 02:48:00     Chase Bank USA NA,    PO BOX 15145,
                Wilmington, DE 19850-5145
27008747      +EDI: CALTAX.COM Mar 09 2011 02:48:00     Franchise Tax Board,    Bankruptcy Section A340,
                POB 2952,   Sacramento CA 95812-2952
28400209      +EDI: PRA.COM Mar 09 2011 02:48:00     PRA Receivables Management LLC,
                As Agent Of Portfolio Recovery Assocs,    c/o Thd,   POB 41067,   Norfolk VA 23541-1067
27008735      +EDI: PRA.COM Mar 09 2011 02:48:00     PRA Receivables Management LLC,    c/o Sears Charge Plus,
                POB 41067,   Norfolk VA 23541-1067
26409984      +EDI: WTRRNBANK.COM Mar 09 2011 02:48:00     TARGET NATIONAL BANK,    PO BOX 59317,
                MINNEAPOLIS MN 55459-0317
26409986      +E-mail/Text: USTPregion16.WH.ECF@USDOJ.GOV Mar 09 2011 02:38:48      UNITED STATES TRUSTEE,
                21051 WARNER CENTER LANE 115,    WOODLAND HILLS CA 91367-6550
                                                                                              TOTAL: 16

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             CR Evergreen, LLC,    MS 550,   PO Box 91121,   Seattle, WA 98111-9221
26409985*      +DUANE ARTHUR WOODMAN,    1196 6TH STREET,   LOS OSOS CA 93402-1213
26409980      ##HOME DEPOT,    PO BOX 689100,   DES MOINES IA 50368-9100
                                                                                                TOTALS: 0, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0973-9          User: rzickC              Page 2 of 2              Date Rcvd: Mar 08, 2011
                              Form ID: van23a           Total Noticed: 31

             ***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 10, 2011**                    **Signature:**    _/s/ Joseph Speetjens_